IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARK VEASLEY,

    Petitioner,

v.                                                   CASE NO. 5:12-cv-342-RS-CJK

US PAROLE COMMISSION,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 24). No objections were filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The respondent's motion to dismiss (Doc. 19) is **GRANTED**.

3. The amended petition for writ of habeas corpus (Doc. 7), filed under 28 U.S.C § 2241, is **DISMISSED as moot**.

4. The clerk is directed to close the file.

**ORDERED** on August 11, 2014.

                                                     /S/ Richard Smoak
                                                     **RICHARD SMOAK**
                                                     **UNITED STATES DISTRICT JUDGE**